478 A.2d 132

Commonwealth v. Bryant, Appellant.

Submitted February 22, 1982. Elaine DeMasse, Assistant Public Defender, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and BECK, JJ.

The judgment of sentence is vacated, and the case is remanded to the court of common pleas for a rehearing of appellant's (1) post-verdict motions and (2) sentencing. The

614

rehearings are to be conducted by a judge or judges other than the challenged trial judge. Jurisdiction is relinquished to the court of common pleas.